IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

THAE LEE,

    Petitioner,           No. 2:11-cv-2855 MCE KJN P

    vs.

CONNIE GIPSON,

    Respondent.          ORDER

_____/

        Petitioner requested the appointment of counsel. There currently exists no absolute right to appointment of counsel in habeas proceedings. See Nevius v. Sumner, 105 F.3d 453, 460 (9th Cir. 1996). However, 18 U.S.C. § 3006A authorizes the appointment of counsel at any stage of the case "if the interests of justice so require." See Rule 8(c), Fed. R. Governing § 2254 Cases. On December 20, 2012, petitioner's application for writ of habeas corpus was denied, and judgment was entered. Thus, the court does not find that the interests of justice would be served by the appointment of counsel. Accordingly, IT IS HEREBY ORDERED that petitioner's January 14, 2013 request for appointment of counsel (dkt. no. 30) is denied.

DATED: January 25, 2013

                                          KENDALL J. NEWMAN
                                          UNITED STATES MAGISTRATE JUDGE

/lee2855.110