1

2

3

4

5

6

7

8             IN THE UNITED STATES DISTRICT COURT

9             FOR THE EASTERN DISTRICT OF CALIFORNIA

10   THAE LEE,

11            Petitioner,                    No. 2:11-cv-2855 MCE KJN P

12       vs.

13   CONNIE GIPSON,

14            Respondent.                    ORDER

15   _____/

16            Petitioner requested the appointment of counsel.  There currently exists no

17   absolute right to appointment of counsel in habeas proceedings.  See Nevius v. Sumner, 105 F.3d

18   453, 460 (9th Cir. 1996).  However, 18 U.S.C. § 3006A authorizes the appointment of counsel at

19   any stage of the case "if the interests of justice so require."  See Rule 8(c), Fed. R. Governing

20   § 2254 Cases.  On December 20, 2012, petitioner's application for writ of habeas corpus was

21   denied, and judgment was entered.  Thus, the court does not find that the interests of justice

22   would be served by the appointment of counsel.  Accordingly, IT IS HEREBY ORDERED that

23   petitioner's January 14, 2013 request for appointment of counsel (dkt. no. 30) is denied.

24   DATED:  January 25, 2013

25                                           KENDALL J. NEWMAN
                                             UNITED STATES MAGISTRATE JUDGE
26   /lee2855.110